

| | | |
|---|---|---|
| **Thomas Drew/TXND/05/USCOURTS** | To | 2254 Notification |
| 01/24/2008 09:26 AM | cc | |
| | bcc | |
| | Subject | 3:08cv0099 K, Order to Show Cause |

Pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) and Rule 4 of the Rules Governing Section 2254 Cases in the United States District Court, and by prior agreement with the Post Conviction Litigation Division of the Office of Attorney General of Texas, please find attached for service upon the Attorney General of Texas a copy of the Petition for Writ of Habeas Corpus and supporting memorandum and the Order Permitting Proceeding in the District Court and Specifying Other Action to be taken by the Clerk.

To acknowledge receipt of electronic service of these documents, please respond to this e:mail message, without the attachments, by typing your name and date of receipt beside the bolded "Office of the Attorney General of Texas" below.

Petition, supporting documents, if any, and Order(s) received by **Office of the Attorney General of Texas:**

   
8cv99Petition.pdf  8cv99ScOrder.pdf  8cv99ECF.pdf  8cv99Mag.pdf