# Exhibit A

```
Case 3:08-cv-00099-K   Document 10-2   Filed 04/24/08   Page 2 of 3   PageID 57

NAME: CARSON,ARTHUR WAYNE              APPL:      STATUS: A RD MI L1    #OFF: 01
OLD TDC#: 00421209 CNTY CONV: 057                                              70TH
OFF-REC:    0916 PRJ RL: 12-28-2008 REC:   08-14-1989 MAX-TERM:   20Y  0M  0D
PEN-REC: 015.010 MAX-EX: 12-28-2008 BEGIN: 12-28-1988 PAR-ELIG: 12-28-1993
                          INMATE TYPE: ID   HB1433: N   HB1433 VOTE:
                          TYC:              HB1433 MIN EXP:
  OFFCD: 09160000 ATT MURDER W/DEADLY WPN
    DEG                                         DEADWPN FLAT-ONLY  70TH
  PENAL:015.010  MS:N PLEA:N CAUSE:F88-84596-LI     CNT:     OFF:07-07-1988
  CC  CNTY OFF:057  CNTY/CRT:057 D02 MAX TERM: 20Y  0M  0D  BEG:12-28-1988
  MIN EXP:12-28-2008 MAX:12-28-2008 PAR ELIG:12-28-1993 SENTENCED:07-06-1989
  HB1433:N   HB1433 VOTE:       HB1433 MIN EXP:
  OFF TDCNO: 00517349                               CTO DATE 01-01-0001




PF7:UP,PF8:DOWN,PF2:TOP OF LIST,OR NEXT REQUEST/TDC _____ OR SID _____
END OF OFFENSES; ALL OFFENSES HAVE BEEN DISPLAYED
```

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION
# COMMITMENT INQUIRY INFORMATION

The Director includes the TDCJ-ID computer generated commitment inquiry with the following explanations:

a) "OFFCD:" - is followed by the National Crime Information Center offense code followed by the specific offenses for these holding convictions, as follows:

"09160000 ATT MURDER W/ DEADLY WPN" - Attempted Murder with a Deadly Weapon.

b) "PENAL" - is followed by the specific Texas penal code violation, as follows:

"015.010" - Attempted Murder with a Deadly Weapon.

c) "MS: N" - indicates Carson is not eligible for mandatory supervision in this case.

d) The term "PLEA: N" - reflects Carson pleaded not guilty to the offense in this case.

e) "CAUSE:F88-84596-LI" - reflects the criminal district court cause number for this case.

f) "CNTY OFF: 057" - 057 indicates the offense for the conviction occurred in Dallas County, Texas, with 057 being the TDCJ-ID numeric designator for Dallas County.

g) "CNTY/CRT: 057 D02" - identifies the county where the conviction occurred and the convicting judicial district court for Dallas County, Texas, in 2nd Criminal District Court.

h) "MAX TERM: 20Y 0M 0D" - reflects the sentence assessed as twenty years imprisonment.

i) "SENTENCED: 07-06-1989" - reflects the date the sentence was assessed, July 6, 1989.