# Exhibit B

# BOARD OF PARDONS AND PAROLES
State of Texas
Austin

## MINUTES

| NAME | CARSON, Arthur Wayne | | | | T.D.C. NUMBER | 517349 |

| DATE | | | BOARD ACTION | REASON AND/OR INSTRUCTIONS |
|---|---|---|---|---|
| MO. | DAY | YEAR | | |
| 5 | 7 | 91 | B/W JCE no show | |
| 6 | 26 | 91 | CRD ✓ 3/94 | 3-6-7-8-9-10-11-12-13-22 2C 3/8 |
| | | | Hearing Sept 8, 1993 Pope | |
| | | | CRD 3/95 | 3-6-7-8-9-10-11-12-13-22 8c |
| 1 | 3 | 94 | CRD 3/96 ✓ | 2,3,6,7,8,9,10,11,12,13,21,22 |
| 8 | 7 | 98 | NR 8/2000 | 1 |
| 7 | 15 | 02 | F1-3R 4/03 | 6A, 10A "pending cont. improvement in institutional adjustment." |
| | | | | T,V,S,O "Project Rio" |
| JUL 2 1 2002 | | | NR 7/04 | 2A RFA |

| MO. | DAY | YEAR | BOARD ACTION | | |
|---|---|---|---|---|---|
| 5 | 7 | 91 | B/W 2CE no show | | |
| 6 | 26 | 91 | CRD √ 3/94 | 3-6-7-8-9-10-11-12-13-22 2C 3/0 | |
| | | | Hearing Sept 8, 1993 Pape | | |
| | | | CRD 3/95 | 3-6-7-8-9-10-11-12-13-22 8x | |
| 1 | 3 | 94 | CRD 3/96 √ | 2, 3, 6, 7, 8, 9, 10, 11, 12, 13, 21, 22 @ PR | |
| 8 | 7 | 98 | NR 8/2000 | 1 | |
| 7 | 15 | 02 | F1-3R 4/03 | 6A, 10A "pending cont. improvement in institutional adjustment." 88 | |
| | | | | T, V, S, O "Project RIO" | |
| JUL 21 2002 | | | NR 7/04 | 2A   RFOT | |
| 6 | 3 | 04 | F1 6R 8/2007 | 4A, 6A CA | |
| | | | | 1 S, O anger management | |
| 6 | 5 | 04 | RFPR - BOARD POLICY - DISCIPLINARY | | |
| 4 | 24 | 06 | NR 4/07 | 1D, 2D, 10D-dut adj. | |
| 5 | 31 | 07 | SA | 2D, 1D Rod | |