Case 3:08-cv-00099-K  Document 12  Filed 09/09/08  Page 1 of 2  PageID 70

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 9 2008
CLERK, U.S. DISTRICT COURT
By_____
Deputy

ORIGINAL

8/29/08

Arthur Carson
TDCJ #517349
Coffield Unit
Tennessee Colony, TX 75884

Clerk,
United States District Court
Northern District of Texas - Dallas

Re: Carson vs. Quarterman # 3:08CV-99K

Clerk:

Please make note of the above change of address, foreward all future correspondences to me at such.

Thank you in advance,

Arth. Carson

Ali Carson
#517349-CO-unit
Rt. 1 Box 150
Tennessee Colony, TX. 75884

7524271027

Clerk, United States District Court
Northern District of Texas - Dallas
1100 Commerce St.
Dallas, TX. 75242

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION