IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARTHUR W. CARSON, | ) | |
|     ID #517349 | ) | |
|         Petitioner, | ) | |
| vs. | ) | No. 3:08-CV-0099-K |
| | ) | ECF |
| NATHANIEL QUARTERMAN, | ) | |
| Director, Texas Department of | ) | |
| Criminal Justice, Correctional | ) | |
| Institutions Division, | ) | |
|         Respondent | ) | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1. The petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 is **DISMISSED** with prejudice.

2. The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to all parties.

**SIGNED this 15th day of June, 2009.**

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE